[No. 10,117.]
## THE PEOPLE v. FRANK WINTERS.

TESTIMONY OF A WITNESS.—When a witness is called and sworn, an answer which he makes to a question put by the Clerk of the Court, demanding his name, is a part of his testimony.

APPEAL from the Municipal Criminal Court of the City and County of San Francisco.

The witness Plageman was the person whose house had been broken and entered. The District Attorney, in the course of his examination, did not ask him his name, and there was no proof that it was Plageman's house which had been broken, except the answer to the question put by the Clerk. The defendant was convicted, and was sentenced to the State prison, June 20, 1874, and appealed.

The other facts are stated in the opinion.

*C. B. Darwin,* for the Appellant.

*John L. Love,* Attorney-General, for the People.

By the Court, McKINSTRY, J.:

Indictment charging defendant with entering the house of one Henry Plageman with intent to commit larceny therein. The first witness called by the prosecution, after having been duly sworn, was asked by the Clerk, "what is your name?" To which question he replied, "Henry Plageman," and then proceeded to testify further in the case. The defendant has appealed, and claims that it was not proved that the name of the witness was Henry Plageman, because his reply to the question put by the Clerk constituted no portion of his testimony.

Judgment and order denying new trial affirmed.

Neither Mr. Justice CROCKETT nor Mr. Justice RHODES expressed an opinion.